# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:16-CV-00834-RJC-DSC

| | |
|---|---|
| **JOHN BARBERO**, <br><br>         Plaintiff, <br><br> v. <br><br> **ZURICH AMERICAN INSURANCE COMPANY, JANET HEDRICK and DUSTY WILSON SR.**, <br><br>         Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the Motions for Admission *Pro Hac Vice* of Erin Dougherty Foley and Katherine F. Mendez (documents ##4 and 5). For the reasons stated therein, the Motions are granted.

**SO ORDERED**.

Signed: February 9, 2017

_____
David S. Cayer
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I, Keith M. Weddington, hereby certify that a true and correct copy of the above and foregoing Motion for Admission was duly served on counsel for the other parties by ECF filing.

This the 9th day of February, 2017.

/s/ Keith M. Weddington
Keith M. Weddington