# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:16-CV-00834-RJC-DSC

JOHN BARBERO,

            Plaintiff,

  v.

ZURICH AMERICAN INSURANCE COMPANY, JANET HEDRICK, and DUSTY WILSON,

            Defendants.

**ORDER**

**THIS MATTER** is before the Court on the parties' "Stipulation of Voluntary Dismissal of Counts III, IV, V, and VI of Plaintiff's Amended Complaint With Prejudice" (document #19) filed on March 30, 2017.

This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1).

The parties have dismissed all claims that were the subject of "Defendant's Motion to Dismiss Counts III, IV, V, and VI of Plaintiff's Amended Complaint" (document #10), Accordingly, the Motion is moot.

**IT IS HEREBY ORDERED** that:

1. "Defendant's Motion to Dismiss Counts III, IV, V, and VI of Plaintiff's Amended Complaint" (document #10) is **DENIED** administratively as moot.

2. The Clerk is directed to send copies of this Order to the parties' counsel; and to the Honorable Robert J. Conrad, Jr.

1

**SO ORDERED.**

Signed: March 30, 2017

David S. Cayer
United States Magistrate Judge